# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 17 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:20-CR-00118-NONE-SKO |
| Michael Joseph Ortega ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Michael Joseph Ortega__, have discussed with __Ryan Beckwith__, Pretrial Services Officer, modifications of my release conditions as follows:

1. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

/s/ Ryan Beckwith            9-17-20            /s/ Ryan Beckwith            9-17-20
Signature of Defendant       Date               Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____            September 17, 2020
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_John F. Garland_____            09/17/2020
Signature of Defense Counsel                      Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  9/17/20
[ ] The above modification of conditions of release is *not* ordered.

_E. P. _____            9/17/20
Signature of Judicial Officer         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services