JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
MICHAEL  ORTEGA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL  ORTEGA,<br><br>    Defendant**.** | Case No. 1:20-CR-00118 NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF  PRETRIAL RELEASE AND SUPERVISION AND  ORDER THEREON** |

   Defendant, MICHAEL ORTEGA, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant MICHAEL ORTEGA ordered by this Court on September 16, 2020 (Doc. 19) be modified as follows:

   1. Condition (7)(o) is modified by deleting "HOME DETENTION:" and the conditions stated thereafter, and inserting in its place:

   **CURFEW**: You must remain inside your residence every day from 5:00 p.m. to 8:00 a.m., or as adjusted by the Pretrial Services Officer for medical, religious services, employment or court-ordered obligations.

   2. All prior orders of the Court not in conflict with the above condition remain in full force and effect.

1

The reasons for the modification of release conditions are that Mr. Ortega has been in compliance with the Better Choices Court Program and he recently completed his high school requirements and received his diploma. Pretrial Services Officer Anthony Perez agrees to the above modification of pretrial release conditions.

Dated: January 5, 2021         /s/ John F. Garland
                               John F. Garland
                               Attorney for Defendant
                               MICHAEL ORTEGA

Dated: January 5, 2021         McGregor W. Scott
                               United States Attorney

                               /s/ Laurel J. Montoya
                               By:   Laurel J. Montoya
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that Pretrial Release conditions of defendant MICHAEL ORTEGA are modified as set forth above.

IT IS SO ORDERED.

Dated:   **February 8, 2021**              /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE