JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
MICHAEL ORTEGA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL ORTEGA,<br><br>　　　Defendant**.** | Case No. 1:20-CR-00118 NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION AND ORDER THEREON** |

　　Defendant, MICHAEL ORTEGA, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phil Talbert, United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant MICHAEL ORTEGA ordered by this Court on September 16, 2020 (Doc. 19) be modified as follows:

　1. Condition (7)(o) is modified by deleting "HOME DETENTION:" and the conditions stated thereafter, and inserting in its place:

**CURFEW**: You must remain inside your residence every day from 5:00 p.m. to 8:00 a.m., or as adjusted by the Pretrial Services Officer for medical, religious services, employment or court-ordered obligations.

　2. All prior orders of the Court not in conflict with the above condition remain in full force and effect.

The reasons for the modification of release conditions are that Mr. Ortega has been in compliance with the Better Choices Court Program and he recently completed his high school requirements and received his diploma. Pretrial Services Officer Anthony Perez agrees to the above modification of pretrial release conditions.

Dated: January 5, 2021 /s/ John F. Garland
John F. Garland
Attorney for Defendant
MICHAEL ORTEGA

Dated: January 5, 2021 Phil Talbert
United States Attorney

/s/ Laurel J. Montoya
By: Laurel J. Montoya
Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that Pretrial Release conditions of defendant MICHAEL ORTEGA are modified as set forth above.

IT IS SO ORDERED.

Dated: **March 17, 2022**

UNITED STATES MAGISTRATE JUDGE