JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
MICHAEL ORTEGA

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL ORTEGA,<br><br>   Defendant. | Case No. 1:20-CR-00118 JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION AND ORDER THEREON** |

Defendant, MICHAEL ORTEGA, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant MICHAEL ORTEGA ordered by this Court on February 8, 2021 (Doc. 29) be modified as follows:

  1. Condition (7)(o) is modified to change the hours of Mr. Ortega's CURFEW as follows:

    **CURFEW**: You must remain inside your residence every day from 9:00 p.m. to 5:00 a.m., or as adjusted by the Pretrial Services Officer for medical, religious services, employment or court-ordered obligations.

  2. All prior orders of the Court not in conflict with the above condition remain in full force and effect.

The reasons for the modification of release conditions are that Mr. Ortega has successfully completed the Quest House residential treatment program in October 2021, he has been in full compliance with the conditions of pretrial release, and he is employed and working long hours which require frequent schedule changes in the electronic monitoring software. Reduction of the curfew hours will allow Mr. Ortega to continue his employment without the need to request electronic monitoring schedule changes from the Pretrial Services Office. Pretrial Services Officer Anthony Perez agrees to the above modification of pretrial release conditions.

Dated: March 17, 2022         /s/ John F. Garland
                              John F. Garland
                              Attorney for Defendant
                              MICHAEL ORTEGA

Dated: March 17, 2022         Phillip A. Talbert
                              United States Attorney

                              /s/ Laurel J. Montoya
                         By:  Laurel J. Montoya
                              Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that Pretrial Release conditions of defendant MICHAEL ORTEGA are modified as set forth above.

IT IS SO ORDERED.

Dated:  **March 18, 2022**                    _____
                                              UNITED STATES MAGISTRATE JUDGE