Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
MICHAEL ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    1:20-cr-00118-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING SENTENCING** |
| v. | |
| MICHAEL ORTEGA | |
| Defendant. | |

### STIPULATION

The United States of America, through Assistant U.S. Attorney Chan Hee Chu and Defendant Michael Ortega, through counsel Michael McKneely, hereby stipulate:

1.     Defendant is scheduled to be sentenced on April 13, 2026, at 2:00 p.m.;

2.     Counsel for the Defendant requires additional time to prepare for sentencing and file a sentencing memorandum;

3.     The court is available to reschedule this sentencing hearing on April 20, 2026;

4.     The parties agree that there is good cause to vacate the April 13, 2026, sentencing hearing and reschedule it for April 20, 2026, so that the defense may prepare and file a sentencing memorandum.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING                                    -1-

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

DATED: April 9, 2026          ERIC GRANT
                              United States Attorney

                              By:   s/ Chan Hee Chu
                                    Chan Hee Chu
                                    Assistant United States Attorney

DATED: April 9, 2026          McKNEELY LAW FIRM

                              By:   s/ Michael McKneely
                                    Michael McKneely
                                    Attorneys for Michael Ortega

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Sentencing hearing scheduled for April 13, 2026, is hereby vacated and rescheduled for April 20, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING                    -2-