Michael McKneely (State Bar No. 214896)
MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
MICHAEL JOSEPH ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* <br><br> v. <br><br> MICHAEL JOSEPH ORTEGA , *Defendant.* | Case No.   1:20-cr-00118-JLT-SKO-1 <br><br> **(1) NOTICE OF MOTION AND MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY;** <br> **(2) [PROPOSED] ORDER** |

TO THE HONORABLE JUDGE JENNIFER L. THURSTON AND TO THE

UNITED STATES ATTORNEY:

On July 30, 2020, Defendant Michael Joseph Ortega was indicted on federal charges. CJA Panel Attorney Michael McKneely was appointed as trial counsel to represent Mr. Ortega on March 4, 2026, in his violation of supervised release. Mr. Ortega was sentenced to a three-month term in the Bureau of Prisons and a sixty-four-month term of supervised release on April 20, 2026. The deadline for filing a direct appeal was May 4, 2026. No direct appeal was filed. Mr. Alvarez was in custody at sentencing. The sentencing phase of Mr. Alvarez's violation of supervised release has, therefore, concluded. Having completed his representation of Mr. Alvarez, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T–(559) 443-7442 | F–(559) 860-0150

Should Mr. Ortega require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

Dated: May 5, 2026                           MCKNEELY LAW FIRM

By: _____
                                             Michael McKneely
                                             Attorneys for Michael Joseph Ortega

## [PROPOSED] ORDER

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Ortega seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Ortega at the following address, and to update the docket to reflect Mr. Ortega's *pro se* status and contact information.

Fresno County Jail -1900

P.O. Box 96777, Las Vegas, NV 89193

IT IS SO ORDERED.

Dated:   **May 7, 2026**

_____
UNITED STATES DISTRICT JUDGE